UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JONATHAN NUNEZ,

                 Plaintiff,

            **ORDER**

    - against –

            18 Civ. 8627 (NRB)

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            March 1, 2021

                                  _____
                               NAOMI REICE BUCHWALD
                       UNITED STATES DISTRICT JUDGE